UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
RIMI CORPORATE SERVICES, INC., :
A Virginia Corporation :
:
        Plaintiff, :
: Case No. 11-cv-7285
  -against- :
: **AFFIDAVIT**
DAVID DIEMER, :
:
        Defendant. :
:
------------------------------------- X

STATE OF NEW YORK    )
                              )ss:
COUNTY OF NEW YORK  )

    MARYANN KELLY, being duly sworn, states:

    I am not a party to the action, am over 18 years of age and reside in Queens County.

    On October 18, 2011, I served Defendant David Diemer, via his attorney the within **SUMMONS & COMPLAINT, ORDER TO SHOW CAUSE, AND MEMORANDUM OF LAW** by email as well as by depositing true copies of the papers, enclosed in a wrapper, into the custody of FEDERAL EXPRESS, addressed to the following parties at the address set forth below:

        Rachel B. Goldman
        Bracewell & Giuliani LLP
        1251 Avenue of the Americas
        New York, New York 10020-1104

        Rachel.Goldman@bpllp.com

                                    Maryann Kelly

Sworn to before me this
18th day of October, 2011

Notary Public
HILARIE LEVION KATZ
Notary Public, State of New York
No. 01KA4935894
Qualified in Queens County
Commission Expires July 5, 2014